# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand and thirteen.

_____

Joan Grant Boyd, *et al.*,

Plaintiffs-Appellants,

v.

J.E. Robert Co., Inc., *et al.*,

Defendants-Appellees.

_____

**ORDER**
Docket No. 12-4422

By order dated February 27, 2013, this Court granted Appellants' motion to hold this appeal in abeyance pending determination of a motion for reconsideration filed with the district court. The district court denied the motion for reconsideration on September 27, 2013.

Upon due consideration, IT IS HEREBY ORDERED that the stay of this appeal is lifted and the appeal shall proceed to briefing. Appellants must file a scheduling notification within 14 days of the date of this order, selecting a brief filing date that falls within 91 days of the district court's decision denying the motion for reconsideration.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/04/2013